**IGNACIA S. MORENO**
Assistant Attorney General, ENRD
**STACEY H. MITCHELL**
Chief, Environmental Crimes Section
**J. RONALD SUTCLIFFE** (ISB# 6236)
Senior Trial Attorney
Environmental Crimes Section

**WENDY J. OLSON**
United States Attorney
**MICHAEL J. FICA** (ISB# 5634)
Assistant U.S. Attorney
801 E. Sherman, Room 192
Pocatello, ID   83201
(208) 478-4166
FAX: (208) 478-4175

U.S. COURTS
Rcvd_____
_____Filed_____
DEC 1 1 2012
ELIZABETH A. SMITH    Time 4:00pm
CLERK, DISTRICT OF IDAHO

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, Plaintiff, vs. MAX SPATIG, Defendant. | CR 12-302 E BLW <br><br> INDICTMENT <br><br> Felony RCRA Violation (Count I) <br> 42 U.S.C. § 6928 (d)(2)(A) |
|---|---|

THE GRAND JURY CHARGES THAT:

At all times material to this Indictment:

### COUNT I
(Storage and Disposal of Hazardous Waste)
(Viol. 42 U.S.C. § 6928(d)(2)(A))

1.    Defendant Max Spatig was a concrete finisher associated with a business called

Indictment- United States v. Spatig

MS Enterprises, owned by Spatig located at 6545 South 2000 West, Rexburg, Idaho (Rexburg Property).

2.  The Resource Conservation and Recovery Act, of 1976, as amended, Title 42, United States Code, Sections 6901 et seq. (hereinafter "RCRA") prohibits the treatment, storage and disposal of any listed or identified hazardous waste without interim status or a permit issued under Title 42, United States Code, Sections 6925 or 6926 by the EPA or an authorized state.

3.  As used in this indictment, the term "hazardous waste" means the substances and materials listed or identified in Title 40, Code of Federal Regulations, Part 261.

4.  Materials intended for disposal that are by characteristic either ignitable or corrosive under Title 40, Code of Federal Regulations, Sections 261.21 and 261.22 are hazardous wastes.

5.  On July 8, 2010, a total of 3,478 containers of waste materials were found on the Rexburg Property. Representative samples taken from the containers determined the contents were hazardous waste due to ignitability and corrosivity characteristics. The contents of the containers were shipped to a hazardous waste disposal facility. The cleanup cost $498,652.

6.  Neither MS Enterprises nor SPATIG had a permit for the storage, treatment or disposal of hazardous waste at any time relevant to this indictment.

7.  On or about July 8, 2010, in the District of Idaho, the defendant, SPATIG, did knowingly store and dispose of hazardous waste, namely ignitable and corrosive hazardous waste, on property in Rexburg, Idaho, without a permit from the Environmental Protection Agency under Title 42, United States Code, § 6925 or from the State of Idaho under Idaho Code, Title 39, Chapter 44, to store and dispose of hazardous waste at the property in Rexburg, Idaho.

Indictment- United States v. Spatig

All in violation of Title 42, United States Code, Section 6928(d)(2)(A), and Idaho Code, Section 39-4408.

A TRUE BILL.

DATED: This___day of_____2012

_____
FOREPERSON

DATED: This 11th day of Dec 2012

WENDY J. OLSON
United States Attorney

_____
Michael J. Fica
Assistant United States Attorney

_____
J. Ronald Sutcliffe, Senior Trial Attorney
United States Department of Justice
ENRD- Environmental Crimes Section

Indictment- United States v. Spatig