MOTIONS, OBJECTIONS, ETC.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge Wiley Y. Daniel                               Date: March 18, 2014
Case No. **CR 12-302-E-WYD**              Deputy Clerk: Pamela Fulwyler
Place:  Pocatello, ID                                 Reporter: Nicole Lynch
                                                              Time: 8:33 am - 10:16 am

**USA VS SPATIG**

Counsel for Government: Ronald Sutcliffe/Mike Fica

Counsel for Defendant: Randoph Neal


**Hearing on:**

1)  MOTION in Limine to Preclude Evidence of Religious Beliefs by USA (Docket #50) - Denied without Prejudice.

2) MOTION in Limine to Preclude Evidence of Harm to the Environment by USA (Docket #51) - Deferred until the time of Trial or at the time of the Preparation Conference.

3) MOTION in Limine to Preclude a Lack of Mens Rea or Good Faith Defense by USA (Docket #52) - Deferred until the time of Trial or at the time of the Preparation Conference.

4) MOTION in Limine to Preclude Evidence of Diminished Capacity or Insanity Defense by USA (Docket #54) - If Defendant is going to file a Notice of Insanity Defense, it must be filed no later than March 31, 2014.

5) MOTION to Continue by Defendant (Docket #55) - Granted.  Trial to be held on June 09, 2014 at 9:00 a.m. and scheduled for 2 weeks

6)  MOTION in Limine to Preclude Evidence of Prior Criminal Convictions filed by Defendant (Docket #61) - Denied without Prejudice.

A Final Trial Preparation Conference will be held by video conference with all parties in the courtroom and Judge Daniel in Colorado on May 29, 2014 at 3:30 p.m.

All Trial Documents shall be filed no later than May 21, 2014.

Defendant to file a response to Docket #14, NOTICE Intent to present 404(b) Evidence by USA, by March 24, 2014.